LYDIA A. AYRES, respondent,

*v.*

JOHN H. AYRES, appellant.

[Argued June 27th, 1905.   Decided March 5th, 1906.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Bergen, whose opinion is reported *ante p. 343.*

*Mr. Hervey C. Scudder* and *Mr. Edwin Robert Walker,* for the appellant.

*Mr. Linton Satterthwait,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion delivered in the court of chancery by Vice-Chancellor Bergen.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—12.

*For reversal*—None.